FILED
 2017 Jun-20  AM 11:45
U.S. DISTRICT COURT
    N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COUT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## IN THE NORTHEASTERN DIVISION

| | |
|---|---|
| **ROHDE & SCHWARZ USA, INC.,** ) | |
| **A Delaware Corporation,** ) | |
|     **PLAINTIFF,** ) | |
| ) | |
| **VS.** ) | **CIVIL ACTION NO:** _____ |
| ) | |
| **GIDEON SERVICES, INC.,** ) | |
| **an Alabama Corporation,** ) | |
|     **DEFENDANT.** ) | |

## COMPLAINT

COMES NOW, the Rohde & Schwarz USA, Inc. (hereinafter referred to as "Rohde & Schwarz") by and through its undersigned counsel and states its claim against Gideon Services, Inc. (hereinafter referred to as "Gideon") as follows:

### Jurisdiction and Venue

1. Plaintiff, Rohde & Schwarz is a Delaware Corporation with its principal place of business in Maryland.

2. Defendant, Gideon, is an Alabama Corporation with its principal place of business in Huntsville, Alabama.

3. The amount in controversy exceeds $75,000, exclusive of interest and costs.

### Facts

4. The dispute involves a claim for unpaid materials provided in connection with a Purchase Order from Gideon to Rohde & Schwarz to provide five Rohde & Schwarz spectrum analyzers (Model FSU26) and other electronic components to the Naval Surface Warfare Center, Crane Division in Crane, Indiana.

5. Under Gideon Purchase Order #93216-1 dated 9/23/2016, ("PO") Rohde & Schwarz was to direct ship five Rohde & Schwarz spectrum analyzers (Model FSU26) and other materials to the Naval Surface Warfare Center, Crane Division in Crane, Indiana.

6. Pursuant to the PO the amount to be paid to Rohde & Schwarz for the provision of the referenced materials was $357,375.00.

7. The terms of payment were net 30 days from delivery.  The items were to be shipped FOB to the Naval Surface Warfare Center, Crane, Indiana.
8. The materials referenced in the Purchase Order were shipped and received to the attention of Tiffany Rathgeber at the Naval Surface Warfare Center, Crane, Indiana in November 2016.
9. On January 9, 2017, an invoice was issued to Gideon with payment due on or before February 8, 2017.  The invoice amount was $357,375.00.
10. Several attempts have been made to collect payment.  However, Gideon has either failed or refused to return phone calls or address the payment issue.
11. Upon information and belief, Gideon submitted invoices to the Naval Surface Warfare Center for payment of these items shipped under the PO on March 23, 2017, and the US Navy paid the invoice to Gideon on or about April 20, 2017.
12. After several demands for payment, Gideon has refused to pay the amounts due to Rohde and Schwarz.
13. Prior to the receipt of the PO from Gideon, Rohde & Schwarz had directly negotiated with the US Navy for the purchase of the items listed in the PO.
14. The Navy contacting officer requested Rohde & Schwarz quote the products to Gideon for sale to the US Navy to allow the US Navy to fulfil its Contract requirement related to small business enterprises.
15. Prior to entering into the PO agreement with Gideon, Rohde & Schwarz had no business dealings with Gideon.
16. Gideon represents itself to be a small business enterprise under 8(a).
17. The Naval Surface Warfare Center, Crane, Indiana uses Gideon to purchase materials as a small business entity under a Blanket Purchase Agreement (BPA).
18. The monies paid to Gideon by the US Navy for the PO were for the benefit of Rohde & Schwarz and to be held in Trust for payments of the materials delivered to the US Navy by Rohde & Schwarz.
19. Upon information and belief, Gideon diverted the monies paid by the US Navy for the benefit of Rohde & Schwarz for purposes other than for payment of the materials delivered.
20. Upon information and belief these funds were used to either make preferential payments to the principals of Gideon and/or other entities not related to the PO.

## Count I- Breach of Contract

21. The Plaintiff adopts and incorporates Paragraphs 1-20 as if fully set forth at this point in the Complaint.

22. Gideon issued a Purchase Order for the delivery of electronic components to the Naval Surface Warfare Center in Crane, Indiana pursuant to Purchase Order #092316-1 on September 23, 2016.

23. The agreed price under the terms of the Purchase Order for delivery of the materials FOB, Crane, Indiana was $357,375.00 for the components.

24. Rohde & Schwarz delivered said materials as required pursuant to the terms of the Purchase Order. The electronic components supplied by Rohde & Schwarz were in conformance with the terms of the Purchase Order and accepted by the ultimate user, the US Navy.

25. Gideon has either refused or failed to make payment of the amount due under the Purchase Order to Rohde & Schwarz.

26. Gideon has breached its agreement with Rohde & Schwarz concerning the delivery of the materials as set forth in the Purchase Order by failing to pay Rohde & Schwarz.

27. Rohde & Schwarz has completed or complied with all conditions precedent to bring this claim

WHEREFORE, Rohde & Schwarz, demands judgment against Gideon for breach of contract in the amount of $357,375.00 plus interest and costs of this suit.

## Count II-Action on Account Stated

28. The Plaintiff adopts and incorporates Paragraphs 1-27 as if fully set forth at this point in the Complaint.

29. Rohde & Schwarz' claims $357,375.00 of the Defendant, Gideon due by Accounts Stated on about the 9th day of January 2017, a copy which is attached hereto as Exhibit A.

30. Defendant has failed or refused to pay the same.

WHEREFORE, Rohde & Schwarz, demands judgment against Gideon in the amount of $357,375.00 plus interest and costs of this suit.

## Count III-Goods Sold and Delivered.

31. The Plaintiff adopts and incorporates Paragraphs 1-30 as if fully set forth at this point in the Complaint.

32. On or before the 9th day of January 2017, Rohde & Schwarz sold and delivered goods to the Gideon valued at $357,315.00.

33. Gideon has failed or refused to pay for the same.

WHEREFORE, Rohde & Schwarz, demands judgment against Gideon in the amount of $357,375.00 plus interest and costs of this suit.

Submitted this the 20th day of June 2017.

>/s/Jeffrey G. Tickal
>JEFFREY G. TICKAL
>ASB-9217-T82J
>Attorney for Plaintiff
>Gullage & Tickal, LLP
>511 Geneva Street
>Opelika, AL 36801
>(334) 737-3733 phone
>(334) 737-3766 fax
>Email: jeff@gtflawfirm.com

SERVE Defendant Gideon Services, Inc.

Gideon Services, Inc.
C/o Anna K. Thornley, Registered Agent
688 Discovery Drive, Suite 105
Huntsville, AL   35806