FILED
 2017 Sep-18  PM 03:38
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ROHDE & SCHWARZ USA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 5:17-cv-1035-CLS |
| ) | |
| **GIDEON SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## FINAL DEFAULT JUDGMENT

The court file reflects that plaintiff served defendant Gideon Services, Inc., with a copy of the summons and complaint, but that defendant has failed to answer or otherwise respond. Consequently, the Clerk of Court entered defendant's default on the record of this case on July 18, 2017.[1]

Plaintiff submitted a motion for entry of default judgment,[2] along with the affidavit of Craig B. Steinberg supporting plaintiff's entitlement to the damages requested in the complaint.[3] Plaintiff requests default judgment in the amount of $357,775.00, representing $357,375.00 in damages and $400.00 in costs.

The court entered an order on August 28, 2017, requiring defendant to show

---

[1] Doc. no. 6 (Entry of Default).

[2] Doc. no. 7.

[3] *See* doc. no. 7-1 (Affidavit of Craig B. Steinberg in Support of Plaintiff's Motion for Judgment of Default).

cause by September 11, 2017, why final judgment should not be entered in the requested amount. The court also cautioned defendant that failure to respond to the show cause order would result in the court assuming defendant had no objection and ruling accordingly.[4] Defendant has not filed a response to the show cause order.

Having found that defendant, Gideon Services, Inc., was served with a copy of plaintiff's complaint, but failed to plead or otherwise defend, and having found that defendant was served with a copy of the court's order requiring it to show cause why default judgment should not be entered, but failed to respond, and having considered the affidavit of Craig B. Steinberg, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be, and the same hereby is, entered in favor of plaintiff, Rohde & Schwarz USA, and against defendant Gideon Services, Inc., in the amount of Three Hundred Fifty-Seven Thousand Seven Hundred Seventy-Five and no/100ths Dollars ($357,775.00).

The Clerk is directed to send a copy of this Final Judgment to defendant at its last known address and, then, to close this file.

DONE this 18th day of September, 2017.

_____
United States District Judge

---

[4] Doc. no. 10 (Show Cause Order).